| 1. Person Reporting (last name, first, middle initial)<br><br>Motz, John F. | 2. Court or Organization<br><br>U.S. District Court-Maryland | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse - Room 510<br>101 West Lombard Street<br>Baltimore, Maryland 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (See note 7) | Sheppard & Enoch Pratt Health System |
| 2. Trustee | Generation Skipping Trust ███████ |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 19 A 10: 20 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Virginia | 2/22/08-2/23/08 | Charlottesville, VA | Moot Court | Lodging, transportation, and food |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
   (See Column C2)           U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ⁀ Motz, John F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Computer | A | Div | K | T | | | | | |
| 19. T. Rowe Price-New ERA | A | Dividend | K | T | | | | | |
| 20. T. Rowe Price - Value | A | Dividend | K | T | | | | | |
| 21. T. Rowe Price - Capital Opp. (IRA) | A | Dividend | K | T | | | | | |
| 22. T. Rowe Price - Health Sciences (IRA) | A | Dividend | K | T | | | | | |
| 23. T. Rowe Price - New Asia (IRA) | A | Dividend | K | T | | | | | |
| 24. T. Rowe Price - Small - Cap Value (IRA) | A | Dividend | K | T | | | | | |
| 25. T. Rowe Price - Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 26. T. Rowe Price - Prime Reserve (IRA) | A | Dividend | K | T | | | | | |
| 27. Merck | B | Dividend | K | T | | | | | |
| 28. CVS | A | Dividend | K | T | | | | | |
| 29. Pepsico | B | Dividend | L | T | | | | | |
| 30. U.S. Treasury Bonds (IRA) | A | Interest | K | T | | | | | |
| 31. Baltimore County Bond | A | Interest | J | T | | | | | |
| 32. Montgomery County Bond | A | Interest | K | T | | | | | |
| 33. Charles County Bond | A | Dividend | J | T | | | | | |
| 34. Altria | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Motz, John F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kraft | A | Dividend | J | | | | | | See note 1 |
| 36. Yum Brands | A | Dividend | K | T | | | | | |
| 37. AIG | A | Dividend | J | T | | | | | |
| 38. Black & Decker | B | Dividend | K | T | | | | | |
| 39. Constellation Energy | A | Dividend | K | T | | | | | |
| 40. PNC | B | Dividend | M | T | | | | | |
| 41. TRP New Horizons Fund | A | Dividend | K | T | | | | | |
| 42. TRP Md. Tax-Free Bond Fund | A | Dividend | M | T | Sold (part) | 1/7 | K | A | |
| 43. TRP Blue Chip Growth (GST) | A | Dividend | M | T | | | | | |
| 44. TRP International Bond (GST) | A | Dividend | K | T | | | | | |
| 45. TRP International Stock (GST) | A | Dividend | K | T | | | | | |
| 46. TRP Prime Reserve (GST) | A | Dividend | M | T | | | | | |
| 47. TRP Prime Reserve (GST) | A | Interest | | | Sold (part) | 1/7 | K | | |
| 48. TRP Prime Reserve (GST) | A | Interest | | | Sold (part) | 3/4 | K | | |
| 49. TRP Equity Income (GST) | B | Dividend | K | T | Buy | 3/4 | J | | |
| 50. TRP Growth Stock (GST) | B | Dividend | K | T | | | | | |
| 51. TRP Spectrum Growth (GST) | B | Dividend | K | T | Buy | 1/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. TRP Equity Income (IRA) | A | Dividend | K | T | Buy | 1/7 | K | | |
| 53. TRP Growth Stock (IRA) | A | Dividend | K | T | | | | | |
| 54. TRP Spectrum Growth (IRA) | A | Dividend | J | T | Buy | 8/29 | J | | |
| 55. TRP Prime Reserve (IRA) | A | Dividend | L | T | | | | | |
| 56. TRP Prime Reserve (IRA) | A | Interest | | | Sold (part) | 1/7 | K | | |
| 57. TRP Prime Reserve (IRA) | A | Interest | | | Sold (part) | 3/4 | K | | |
| 58. Exxon Mobil (IRA) | A | Dividend | K | T | | | | | See note 6 |
| 59. TRP Growth Stock | A | Dividend | J | T | | | | | |
| 60. TRP Spectrum Growth | A | Dividend | L | T | | | | | |
| 61. TRP Spectrum Growth | A | Interest | | | Buy | 1/7 | J | | |
| 62. TRP Spectrum Growth | A | Interest | | | Buy | 1/9 | K | | |
| 63. TRP Spectrum Growth | A | Interest | | | Buy | 11/14 | J | | |
| 64. Summit Cash Reserve | A | Interest | L | T | | | | | |
| 65. AES Corp | A | Dividend | K | T | | | | | |
| 66. Direct TV | A | Dividend | K | T | | | | | |
| 67. Duke Realty | A | Dividend | K | T | | | | | |
| 68. Macy's | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Praxair | A | Dividend | L | T | | | | | |
| 70. Union Pacific | A | Dividend | K | T | | | | | |
| 71. Wash. Real Estate Inv. Trust | A | Dividend | L | T | | | | | |
| 72. Standard & Poors Depository Receipts | B | Dividend | L | T | | | | | |
| 73. Alleghany Cty. Bond | A | Interest | K | T | | | | | |
| 74. Fla. Housing Bond | A | Interest | K | T | | | | | |
| 75. Ohio Water Bond | A | Interest | | | Redeemed | 6/2 | K | | |
| 76. Springfield, Pa Bond | A | Interest | | | Redeemed | 3/17 | K | | |
| 77. Univ. of Md. Bond | B | Interest | L | T | | | | | |
| 78. TRP Prime Reserve | C | Interest | P1 | T | | | | | |
| 79. TRP Prime Reserve | A | Interest | | | Sold (part) | 1/9 | L | | |
| 80. TRP Prime Reserve | A | Interest | | | Buy | 3/17 | K | | |
| 81. TRP Prime Reserve | A | Interest | | | Buy | 6/2 | K | | |
| 82. TRP Prime Reserve | A | Interest | | | Sold (part) | 9/11 | L | | |
| 83. TRP Prive Reserve | A | Interest | | | Sold (part) | 11/14 | K | | |
| 84. TRP Global | A | Dividend | K | | | | | | |
| 85. TRP Global | A | Dividend | | | Buy | 1/9 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRP Global | A | Dividend | | | Buy | 5/7 | J | | |
| 87. TRP Global (IRA) | A | Dividend | K | | | | | | |
| 88. TRP Global (IRA) | A | Dividend | | | Buy | 1/7 | K | | |
| 89. TRP Global (IRA) | A | Dividend | | | Buy | 3/4 | J | | |
| 90. TRP Global (GST) | A | Dividend | K | | Buy | 1/7 | L | | |
| 91. TRP New Era (GST) | A | Dividend | K | | Buy | 3/4 | K | | |
| 92. Pothash Corp | A | Distribution | L | | Buy | 11/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1 - Last year I erroneously reported that this stock (Kraft) had been sold.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Motz, John F. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544